**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: DAVOL, INC./C.R. BARD, INC.,**
**POLYPROPYLENE HERNIA MESH**      **Case No. 2:18-md-2846**
**PRODUCTS LIABILITY LITIGATION**

**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
**MATTHEW WAYNE BRIGHT and**      **Civil Action No._____**
**AMANDA MICHELLE BRIGHT.**

**SHORT FORM COMPLAINT**

Plaintiffs file this Short Form Complaint pursuant to Case Management Order No. 9 and

are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiffs

hereby incorporate the Master Complaint in MDL No. 2846 by reference.  Plaintiffs further show

the Court as follows:

1.      The name of the person implanted with Defendants' Hernia Mesh Device(s):

        **Matthew Wayne Bright**

2.      The name of any Consortium Plaintiff (if applicable):

        **Amanda Michelle Bright**

3.      Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

        **Not Applicable**

4.      State of Residence:

        **Tennessee**

5.      District Court and Division in which action would have been filed absent direct filing:

        **District Court of Rhode Island, Providence Division**

6.      Defendants (Check Defendants against whom Complaint is made):

       ☒     A.  Davol, Inc.

       ☒     B.  C.R. Bard, Inc.

       ☐     C.  Other (please list: _____ )

7.      Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted):

       ☐     3DMax Mesh

       ☐     3DMax Light Mesh

       ☐     Bard (Marlex) Mesh Dart

       ☐     Bard Mesh

       ☐     Bard *Soft* Mesh

       ☐     Composix

       ☐     Composix E/X

       ☐     Composix Kugel Hernia Patch

       ☐     Composix L/P

       ☐     Kugel Hernia Patch

       ☐     Marlex

       ☐     Modified Kugel Hernia Patch

       ☐     Perfix Light Plug

       ☐     PerFix Plug

       ☒     Sepramesh IP

       ☐     Sperma-Tex

       ☐     Ventralex Hernia Patch

       ☐     Ventralex ST Patch

☐     Ventralight ST

☐     Ventrio Patch

☒     Ventrio ST

☐     Visilex

☐     Other (please list in space provided below):

_____

_____

8.    Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

☐     3DMax Mesh

☐     3DMax Light Mesh

☐     Bard (Marlex) Mesh Dart

☐     Bard Mesh

☐     Bard *Soft* Mesh

☐     Composix

☐     Composix E/X

☐     Composix Kugel Hernia Patch

☐     Composix L/P

☐     Kugel Hernia Patch

☐     Marlex

☐     Modified Kugel Hernia Patch

☐     Perfix Light Plug

☐     PerFix Plug

3

☒       Sepramesh IP

☐       Sperma-Tex

☐       Ventralex Hernia Patch

☐       Ventralex ST Patch

☐       Ventralight ST

☐       Ventrio Patch

☒       Ventrio ST

☐       Visilex

☐       Other (please list in space provided below):

_____

_____

9.      Date of Implantation and state of implantation: **Sepramesh: 07.25.2009, State of Tennessee; Ventrio ST: 06.06.2019, State of Tennessee**

10.      As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?:     Yes__X__     No____

11.      Basis of Jurisdiction:

☒       Diversity of Citizenship

☐       Other: _____

12.      Counts in the Master Complaint adopted by Plaintiff(s):

☒       Count I – Strict Product Liability- Defective Design

☒       Count II – Strict Product Liability- Failure to Warn

☒       Count III – Strict Product Liability- Manufacturing Defect

☒ Count IV– Negligence

☒ Count V– Negligence Per Se

☒ Count VI– Gross Negligence

☒ Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):

**R.I. GEN. LAWS §§ 6-13.1, et. seq.; Tenn. Code Ann.  § 47-18-125**

☒ Count VIII – Breach of Implied Warranty

☒ Count IX – Breach of Express Warranty

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Intentional Infliction of Emotional Distress

☒ Count XII – Negligent Misrepresentation

☒ Count XIII – Fraud and Fraudulent Misrepresentation

☒ Count XIV – Fraudulent Concealment

☐ Count XV – Wrongful Death

☒ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☐ Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):

_____

_____

_____

_____

_____

☒ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to All Counts; if Jury Trial is

Demanded as to Any Count(s), identify which ones (list below):

_____

5

Respectfully submitted,


*/s/Celeste Brustowicz*
Celeste Brustowicz (Louisiana Bar No. 16835)
Victor Cobb (Louisiana Bar No. 36830)
Claris E. Smith (Louisiana Bar No. 38591)
Attorneys For Plaintiff
Cooper Law Firm, LLC
1525 Religious Street
New Orleans, Louisiana  70130
Telephone:  504.399.0009
**Attorneys For Plaintiff**